# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL PADILLA,<br>          Petitioner,<br>  v.<br>M. McDONALD, WARDEN,<br>          Respondent. | NO. CV 11-4579-MMM (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:  July 17, 2014 .

                                      MARGARET M. MORROW
                                      UNITED STATES DISTRICT JUDGE